UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FREDDIE R. LEWIS                                              CIVIL ACTION

VERSUS                                                       NO.  15-0281

SECRETARY JAMES M. LEBLANC,                                  SECTION "J"(4)
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY & CORRECTIONS

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge (Rec. Doc. 4), and Petitioner's objections

thereto (Rec. Doc. 7), hereby approves the Report and Recommendation of the United States

Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Freddie R. Lewis's petition for issuance of a writ of habeas corpus

is **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 1st day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE