UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **FREDDIE R. LEWIS** | **CIVIL ACTION NO. 5:15-cv-1083** |
| LA. DOC #395306 | |
| VS. | **SECTION P** |
| | **JUDGE ELIZABETH E. FOOTE** |
| **JAMES LeBLANC, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 12], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record [Record Document 13];

**IT IS ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** for failing to state a claim for which habeas corpus relief may be granted and/or because the petition is successive and the petitioner has not yet obtained permission from the Fifth Circuit Court of Appeals to seek relief in the District Court.

Rule 11(a) of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have

been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)) (internal quotation marks omitted).

This Court concludes that the petition fails to satisfy this standard. Accordingly, the Court will not issue a certificate of appealability.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 10th day of AUGUST, 2015.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE